1  LAW OFFICES OF PHILIP DEITCH
2  **Philip Deitch, SBN 29164**
   1717 Fourth Street, Third Floor
3  Santa Monica, California  90401
4  Telephone:  (310) 899-9600
   Fax Number:  (310) 899-9609
5  E-mail: philde@mindspring.com
6
7  Attorney for Defendant:
   Mr. James Graf
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CV 11-5691-MMM |
|---|---|
| Plaintiff, | CASE NO. CR 04-0492-MMM |
| vs. | [~~PROPOSED~~] ORDER ON: MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION UNDER 28 U.S.C. SECTION 2255 |
| JAMES L. GRAF, | |
| Defendant. | |
| | Current Date: January 27, 2012 |
| | Requested Date:  March 26, 2012 |
| | Hon. Margaret M. Morrow |

**GOOD CAUSE APPEARING**,  from Counsel Philip Deitch's  requests for a 60-day continuance to review  the case file and respond to the Government's Opposition on behalf of  Defendant James L. Graf,  it is Ordered

- 1 –

[PROPOSED] ORDER ON: MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE

1  that the time for Defendant Graf to respond to the Government's Opposition is

2  continued to March 30, 2012.  **No further extensions.**

3

4

5  Dated: February 3, 2012      _____

6                  HONORABLE MARGARET M. MORROW
                   United States District Judge
7

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER ON: MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSE